IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. JFM-11-2107 |
| | ) |
| GERALD I. KATZ, | ) |
| | ) |
| Defendants. | ) |

**AGREED ORDER**

It is HEREBY AGREED, between the United States, through Undersigned Counsel, and Defendant Gerald I. Katz ("**Mr. Katz**"), through undersigned counsel, as follows:

(1) the United States is entitled to judgment in its favor on Counts I, II, and III of its amended complaint,

(2) Judgment is entered in favor of the United States and against defendant Gerald Katz in the amount of $5,462,935.25 for federal income taxes for the years 1996 through 2009, together with statutory additions and interest, accruing from October 22, 2002, until paid in full.

(3) Within 6 months of the entry of this order, Mr. Katz will pay $312,337 to the United States. Upon receipt of these funds, the United States will move to dismiss Count II (Foreclosure) of its Amended Complaint and discharge the real property described in paragraph 16 of the Amended Complaint from existing recorded federal tax liens.

5452275.1

(4)   Mr. Katz agrees that he is receiving substantial nonexempt disposable earnings from self employment that are not subject to garnishment and that, pursuant to 28 U.S.C. § 3204, he will be bound by order of this court to pay from his nonexempt disposable earnings to the United States, the sum of $5,000 per month beginning on December 1st, 2012, no later than the 15th day of each month, via check payable to "U.S. Treasury" or through another method to be agreed amongst the parties.

(5)   Mr. Katz agrees that, for a period of ten years from the date of the entry of this order, he is required to timely file with the Internal Revenue Service all of his federal income (Form 1040) tax returns.

(6)   Mr. Katz's unfiled and past-due federal income tax returns are required to be filed with the Internal Revenue Service within 90 days of the entry of this order.

(7)   For a period of ten years from the date of the entry of this order, Mr. Katz will make MONTHLY tax deposits of estimated income tax liabilities and provide proof of the same to counsel for the United States and Internal Revenue Service Revenue Officer Keith Belkin or such other representatives as will be designated by the United States. Mr. Katz will also be required to provide documentation justifying the amounts of the monthly deposits within 30 days of any request from the United States.

For Gerald Katz:

GERALD I. KATZ
PRINTED NAME

[signature]   11/26/12
SIGNATURE   DATE

2

5452275.1

For the United States:

DASHIELL SHAPIRO         Dashiell Shapiro

_____  _____   _____
PRINTED NAME             SIGNATURE                 DATE

Digitally signed by Dashiell Shapiro
DN: cn=Dashiell Shapiro, o=Tax Division, ou=U.S. Department of Justice, email=Dashiell.C.Shapiro@usdoj.gov, c=US
Date: 2012.11.26 15:46:38 -05'00'

It is SO ORDERED this _____.

                                            _____
                                            UNITED STATES DISTRICT JUDGE