IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 8:11-cv-02107-JFM |
| | ) |
| GERALD I. KATZ, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION BETWEEN
THE UNITED STATES AND THE STATE OF MARYLAND**

The United States of America and the State of Maryland agree and stipulate the following:

1. The State of Maryland is the holder of tax liens against Gerald I. Katz for his Maryland income tax liabilities for tax years 1992 through 2009 ("Maryland tax liens").

2. Maryland tax liens encumber the real property located at 7804 Brickyard Road, Potomac, Maryland (the "Real Property"), which is subject to the United States' foreclosure claim in this case.

3. The tax years and assessment dates of Gerald I. Katz's Maryland income tax liabilities, which gave rise to Maryland tax liens, are as follows:

| Tax Year | Assessment Date |
|---|---|
| 1992 | 3/25/2005 |
| 1993 | 3/25/2005 |
| 1995 | 3/25/2005 |
| 1996 | 3/25/2005 |
| 1997 | 3/25/2005 |
| 1998 | 10/18/2003 |
| 1999 | 6/11/2004 |
| 2000 | 3/25/2005 |

1

| | |
|---|---|
| 2001 | 1/19/2006 |
| 2002 | 1/19/2006 |
| 2003 | 3/25/2005 |
| 2004 | 10/7/2010 |
| 2005 | 10/7/2010 |
| 2006 | 8/24/2007 |
| 2007 | 9/5/2008 |
| 2008 | 11/30/2010 |
| 2009 | 4/9/2011 |

4. The United States' tax liens against Gerald I. Katz based on his federal income tax liabilities for tax years 1996 through 2009 also encumber the Real Property.

5. The tax years and assessments dates of Gerald I. Katz's federal income tax liabilities, which gave rise to the federal tax liens, are as follows:

| Tax Year | Assessment Date |
|---|---|
| 1996 | 5/7/2001 |
| 1997 | 5/14/2001 |
| 1998 | 4/23/2001 |
| 1999 | 4/23/2001 |
| 2000 | 7/1/2002 |
| 2001 | 11/3/2003 |
| 2002 | 3/26/2007 |
| 2003 | 3/26/2007 |
| 2004 | 3/26/2007 |
| 2005 | 3/26/2007 |
| 2006 | 5/28/2007 |
| 2007 | 6/16/2008 |

6. The priority between federal and Maryland tax liens is determined by the assessment dates.

7. Based on the assessment dates listed above, the federal tax liens from the tax years 1996 through 2000 have priority over all of Maryland tax liens.

8. The State of Maryland does not object to the United States' foreclosure of federal tax liens against the Real Property and its sale of the Real Property either through

2

receivership or judicial sale.

9. If the Real Property is sold by the United States, the United States agrees to provide notice of any scheduled sale at least ten (10) days prior to sale to the State of Maryland through its undersigned counsel.

10. If the Real Property is sold by the United States, Maryland tax liens will be paid from the sale proceeds according to the priority of the liens.

11. The United States and the State of Maryland will bear their own respective costs, including attorneys' fees, in this proceeding.

July 17, 2013  
Date

/s/ Allie C. Yang-Green  
ALLIE C. YANG-GREEN  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 227  
Ben Franklin Station  
Washington, D.C. 20044  
Tel: 202-514-9641  
Fax: 202-514-6866  
Email: allie.c.yang-green@usdoj.gov  
*Counsel for the United States*

July 17, 2013  
Date

/s/ Brian L. Oliner  
BRIAN L. OLINER  
Maryland Office of the Attorney General  
80 Calvert Street, Room 303  
P.O. Box 466  
Annapolis, MD 21404  
Tel: 410-260-7808  
Fax: 410-974-5895  
Email: Olinertax@comcast.net  
*Counsel for the State of Maryland*

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing stipulation was made on July 17, 2013 by filing the same via ECF, which will notify the following:

David A. Carris
Law Office of David A. Carris
7101 Wisconsin Ave. Ste. 1040
Bethesda, MD 20814
Tel: 301-986-5191
Fax: 301-986-0259
Email: D.Carris@verizon.net
*Counsel for Gerald I. Katz and Sheila Katz*

Brian Lee Oliner
Kimberly Bowden Stephens
Maryland Office of the Attorney General
80 Calvert Street, Room 303
P.O. Box 466
Annapolis, MD 21404
Tel: 410-260-7808
Fax: 410-974-5895
Email: Olinertax@comcast.net
*Counsel for the State of Maryland*

Andrea E. Colender
200 Westgate Cir. Ste. 200
Annapolis, MD  21401
Tel: 410-260-2081
Fax: 410-841-6296
Email:Acolender@severnbank.Com
*Counsel for Severn Savings Bank*

/s/ *Allie C. Yang-Green*
ALLIE C. YANG-GREEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Washington, DC 20044
Tel: 202-514-9641
Fax: 202-514-9477
Allie.C.Yang-Green@usdoj.gov