IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:11-cv-02107-JFM |
| ) | |
| GERALD I. KATZ, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION BETWEEN**
**THE UNITED STATES AND SEVERN SAVINGS BANK, FSB**

The United States of America and Severn Savings Bank, FSB ("Severn") agree and stipulate the following:

1. Severn is the holder of a note for a loan to Gerald I. Katz and Sheila Katz, in the original principal amount of $490,000, secured by a Money Loaned Refinance Deed of Trust dated September 19, 2001 and recorded on October 16, 2001 ("Severn's Lien").

2. Severn's Lien encumbers real property located at 7804 Brickyard Road, Potomac, Maryland (the "Real Property"), which is subject to the United States' foreclosure claim in this case.

3. The United States' tax liens against Gerald I. Katz based on his federal income tax liabilities for tax years 1996 through 2009 also encumber the Real Property.

4. Severn's Lien has priority over the federal tax liens as they relate to the Real Property, based on their recordation dates.

5. As of July 3, 2013, the payoff amount for Severn's Lien is $168,561.69.

6. Severn does not object to the United States' foreclosure of federal tax liens against the Real Property and its sale of the Real Property either through receivership or judicial sale.

7. If the Real Property is sold by the United States, the United States agrees to provide notice of any scheduled sale at least ten (10) days prior to sale to Severn through its undersigned counsel.

8. If the Real Property is sold by the United States, Severn's Lien will be paid from the sale proceeds before the federal tax liens.

9. The United States and Severn will bear their own respective costs, including attorneys' fees, in this proceeding.

| | |
|---|---|
| July 18, 2013<br>Date | /s/ Allie C. Yang-Green<br>ALLIE C. YANG-GREEN<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: 202-514-9641<br>Fax: 202-514-6866<br>Email: allie.c.yang-green@usdoj.gov<br>*Counsel for the United States* |
| July 18, 2013<br>Date | /s/ Andrea E. Colender<br>ANDREA E. COLENDER<br>200 Westgate Cir. Ste. 200<br>Annapolis, MD  21401<br>Tel: 410-260-2081<br>Fax: 410-841-6296<br>Email:Acolender@severnbank.Com<br>*Counsel for Severn Savings Bank* |

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing stipulation was made on July 18, 2013 by filing the same via ECF, which will notify the following:

David A. Carris
Law Office of David A. Carris
7101 Wisconsin Ave. Ste. 1040
Bethesda, MD 20814
Tel: 301-986-5191
Fax: 301-986-0259
Email: D.Carris@verizon.net
*Counsel for Gerald I. Katz and Sheila Katz*

Brian Lee Oliner
Kimberly Bowden Stephens
Maryland Office of the Attorney General
80 Calvert Street, Room 303
P.O. Box 466
Annapolis, MD 21404
Tel: 410-260-7808
Fax: 410-974-5895
Email: Olinertax@comcast.net
*Counsel for the State of Maryland*

Andrea E. Colender
200 Westgate Cir. Ste. 200
Annapolis, MD  21401
Tel: 410-260-2081
Fax: 410-841-6296
Email:Acolender@severnbank.Com
*Counsel for Severn Savings Bank, FSB*

                                                      */s/ Allie C. Yang-Green*
ALLIE C. YANG-GREEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Washington, DC 20044
Tel: 202-514-9641
Fax: 202-514-9477
Allie.C.Yang-Green@usdoj.gov