IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GERALD I. KATZ, et al.,<br>Defendants. | ) | Case No. 8:11-cv-2107-JFM |

**ORDER TO FORECLOSE FEDERAL TAX LIENS**

Upon consideration of the United States' Motion to Foreclose Tax Liens, (Docs 33) and ~~any~~ the pl[illegible] response and reply thereto, the Court finds that the United States' motion shall be granted. Accordingly it is

ORDERED that the United States has enforceable tax liens corresponding to Defendant Gerald I. Katz's federal income tax liabilities for years 1996 through 2009 on all property and rights to property of Defendant Gerald I. Katz, including his interest in the real property located at 7804 Brickyard Road, Potomac, Maryland (the "Real Property"); it is

ORDERED that the United States' tax liens attaching to the Real Property be foreclosed; it is

ORDERED that the Real Property be sold in a judicial sale or through receivership and the sale proceeds be distributed according to law; and it is

ORDERED that the United States shall file within 30 days of this order a motion to appoint a receiver and a proposed order of sale.

Date: 9/24/13

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 SEP 24 A 11:41
CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY

Judge J. Frederick Motz
UNITED STATES DISTRICT JUDGE