IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Greenbelt

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:11-cv-02107-JFM |
| | ) | |
| GERALD I. KATZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**UNITED STATES' STATUS REPORT
REGARDING SETTLEMENT AND RECEIVERSHIP**

The United States submits this status report to update the Court that the United States' settlement with Gerald and Sheila Katz on the federal tax lien foreclosure matter failed to consummate and that the Court-appointed receiver will carry out his duties to sell the real property at issue to partially satisfy Gerald Katz's federal tax liabilities of over $5 million.

In its status report dated May 19, 2014, the United States stated that the federal tax lien foreclosure on the real property located at 7804 Brickyard Road, Potomac, Maryland, had not taken place, because the parties entered into a settlement under which Gerald Katz would make a lump sum payment to the United States through refinancing and the United States would discharge the real property from its tax liens. (*See* Dkt. No. 44.)  The settlement payment was originally due December 23, 2013, but the payment date was postponed multiple times, ultimately to June 30, 2014.  Gerald and Sheila Katz also filed a status report on May 22, 2014 through their counsel and stated that the settlement payment would be made by June 30, 2014. (Dkt. No. 48.)  The United States, however, did not receive the settlement payment by June 30, 2014.  Accordingly, the United States will enforce the foreclosure order entered on September

24, 2013 (Dkt. No. 40) and work with the Court-appointed receiver, Michael Zuo, to sell the real property at issue pursuant to the order appointing a receiver entered on October 25, 2013 (Dkt. No. 42).  Once the Receiver enters into a sales contract for the real property, the United States will move the Court to confirm the sale and to distribute the sale proceeds.

Date: July 1, 2014

                              Respectfully submitted,

                              TAMARA W. ASHFORD
                              Acting Assistant Attorney General

                              */s/ Allie C. Yang-Green*_____
                              ALLIE C. YANG-GREEN
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 310
                              Washington, DC 20044
                              Tel: 202-514-9641
                              Fax: 202-514-9477
                              Allie.C.Yang-Green@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the service of the foregoing United States' status report regarding settlement and receivership was made on July 1, 2014, by electronically filing a copy with the clerk of the court using the ECF filing system, which will notify the following:

David A. Carris
Law Office of David A Carris
7101 Wisconsin Ave Suite. 1040
Bethesda, MD  20814
*Counsel for Gerald Katz and Shelia Katz*

Peter F Axelrad
Council Baradel Kosmerl and Nolan PA
125 West St Fourth Fl.
P.O. Box 2289
Annapolis, MD  21401
*Counsel for Gerald Katz and Shelia Katz*

Andrea E. Colender
Severn Savings Bank FSB
200 Westgate Cir Suite 200
Annapolis, MD  21401
*Counsel for Severn Savings Bank*

Brian Lee Oliner
Kimberly Bowden Stephens
Maryland Office of the Attorney General
80 Calvert Street, Room 303
P.O. Box 466
Annapolis, MD  21404-0466
*Counsel for Comptroller of*
*the Treasury of the State of Maryland*

> */s/ Allie C. Yang-Green*
> ALLIE C. YANG-GREEN
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 310
> Washington, DC 20044
> Tel: 202-514-9641
> Fax: 202-514-9477
> Allie.C.Yang-Green@usdoj.gov