**IN THE UNITED STATES DISTRICT COURT**
**  FOR THE DISTRICT OF MARYLAND  **

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-11-2107 |
| | * | |
| GERALD I. KATZ, ET AL. | * | |
| | ****** | |

**ORDER**

Upon consideration of Gerald I. Katz's motion to stay enforce of order to foreclose federal tax liens, and it appearing that Mr. Katz has failed to abide by the terms of the settlement agreement he entered into with the United States of America, it is, this 27th day of October 2014

ORDERED that Katz's motion (document 50) be denied.


\_\_\_/s/_____
J. Frederick Motz
United States District Judge

1