IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   Case No.: 8:11-cv-02107-JFM |
| GERALD I. KATZ, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR HEARING BEFORE THIS HONORABLE COURT

Defendants Gerald I. Katz ("Katz") and Sheila Katz, by and through their attorneys, Peter F. Axelrad and Council, Baradel, Kosmerl & Nolan, P.A., pursuant to Local Rule No. 105, move this Honorable Court, for a short hearing at the Court's convenience, in either open court or this Honorable Court's chambers, and respectfully say:

1. The Defendants will file early this coming week a formal Motion for Reconsideration of this Honorable Court's Order of October 27, 2014. The reason for the Motion is, most respectfully, that Mr. Katz did not fail to abide by the terms of the settlement agreement he entered into with the United States of America as this Honorable Court asserted in its Order of October 27, 2014.

2. Undersigned respectfully believes that justice will be served if this Honorable Court would be willing to devote this Court's valuable time and resources for a short hearing and/or conference in which undersigned will present the actual facts which will reflect that Mr. Katz did not fail to abide by the terms of the agreement entered into and signed off by this Court in November, 2013.

3. Justice will be served and no prejudice will be had to any party other than the time necessary for the parties to appear in this Honorable Court's presence.

4. Undersigned will make himself available, if the Court respectfully chooses to convene this argument, on any day in November before Thanksgiving Day excluding Thursday and Friday, November 13 and 14, 2014 because of specially set depositions of foreign parties in a case in this Court, and the early morning of Friday, November 21, 2014.

5. Undersigned counsel has never filed a Motion like this in our Federal Court.

WHEREFORE, Defendants, Gerald I. Katz and Sheila Katz, respectfully request and move this Honorable Court to schedule a short conference/hearing in order to avoid irrevocable harm and problems which are, it is respectfully submitted, not of the Defendants' cause.

Respectfully submitted,

/s/ Peter F. Axelrad
Peter F. Axelrad
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21401
(410) 268-6600
Axelrad@CouncilBaradel.com

*Counsel for Defendants Gerald I. Katz and Sheila Katz*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2014, I electronically served the following via the court's ECF filing system:

Allie C. Yang-Green
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Washington, DC 20044
*Counsel for the United States*

Andrea E. Colender
Severn Savings Bank FSB
200 Westgate Cir Suite 200
Annapolis, MD 21401
*Counsel for Severn Savings Bank*

Brian Lee Oliner
Kimberly Bowden Stephens
Maryland Office of the Attorney General
80 Calvert Street, Room 303
P.O. Box 466
Annapolis, MD 21404-0466
*Counsel for Comptroller of the Treasury of the State of Maryland*

                                                 /s/ Peter F. Axelrad