UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 30, 2014

MEMO TO COUNSEL RE:  United States of America v. Gerald I. Katz
Civil No. JFM-11-2107

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion for reconsideration.

I continue to believe that the process I outlined on October 9, 2014 will bring this matter to a conclusion more quickly than continued litigation.  However, in light of the fact that I continue to be of the view that defendants have breached the settlement agreement, and in light of the position that the United States has taken in its "Notice of Objection" filed on October 15, 2014, defendants' motion for reconsideration (document 59) is denied.  This matter should be brought to an end now.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge