UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 7, 2015

MEMO TO COUNSEL RE:  United States of America v. Gerald I. Katz
Civil No. JFM-11-2107

Dear Counsel:

    I have reviewed the papers submitted in connection with the United States' motion to vacate property.  The motion (document 72) is granted.  I regret having to grant the motion.  However, given the history of litigiousness in this case and the fact that Mr. Katz apparently has not cooperated with the Receiver by providing access to the property, I am left with no alternative.  However, I urge you to confer with one another and if Mr. Katz can be persuaded to cooperate with the Receiver, I would prefer that the Katzs be permitted to remain in the home until the sale has been effected.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge