**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 16, 2016

MEMO TO COUNSEL RE:  United States of America v. Gerald I. Katz
Civil No. JFM-11-2107

Dear Counsel:

I have reviewed the memoranda submitted in connection with the United States' motion for order to show cause. The motion (document 90) is denied. The United States is, however, granted leave to take the deposition of Mr. Katz (and subpoena such documents as it deems appropriate) to determine his financial status.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge